

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Miguel Angel ROBLES-Martinez,<br><br>Defendant. | Case No.: 18MJ8584<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on April 25, 2018, to determine whether Defendant, Miguel Angel ROBLES-Martinez, should be held in custody pending trial on the grounds that he is a flight risk. Assistant U.S. Attorney Rosario GONZALEZ appeared on behalf of the United States. James Johnson of Federal Defenders of San Diego, Inc. appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services' report, and the criminal complaint issued against the Defendant on April 23, 2018, by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions required will reasonably assure the appearance of the Defendant.

# I

# FINDINGS OF FACT

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u>:

1. The Defendant is charged in Criminal Complaint No. 18MJ8584 with the Importation of 1.20 kilograms (2.64 pounds) of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C., §§ 952 and 960. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2. The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C.§ 801, et seq.). Thus, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. <u>See</u>, 18 U.S.C. § 3142(e).

3. The offense carries with it a minimum mandatory sentence of 10 years and a maximum sentence of life. <u>See</u>, 21 U.S.C. § 960(b)(1)(H). According to the United States Sentencing Guidelines, the Base Offense level is 30. <u>See</u>, USSG § 2D1.1(c)(5). Assuming the Defendant's criminal history score places him in Criminal History Category I, <u>see</u>, USSG § 4A1.1, the sentencing range for the Defendant is 97-121 months in prison.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

1. On April 21, 2018, Miguel Angel ROBLES-Martinez (ROBLES), applied for entry into the United States at the Calexico, California West Port of Entry via pedestrian primary lanes. ROBLES presented his lawfully issued Border Crossing Card to U.S. Customs and Border Protection Officer (CBPO) E. Bello. ROBLES stated he was going to Calexico. CBPO Bello queried ROBLES and received a positive alert. CBPO Bello escorted ROBLES to pedestrian secondary for further inspection.

2. During secondary inspection, CBPO Bello inspected ROBLES' legs and felt a bulge on ROBLES' right thigh. CBPO Bello asked ROBLES how many packages he had on him. ROBLES replied "two." A Canine Enforcement Officer (CEO) utilized his Human/Narcotics Detection Dog (HNDD) to screen ROBLES. The HNDD gave a positive alert. CBPO L. Martinez removed one package from each of ROBLES's thighs. One

package was probed producing a white crystal-like substance. A total of two (2) packages were removed with a total weight of 1.20 kilograms (2.64 pounds). The white crystal-like substance field tested positive for methamphetamine.

    C. <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3))</u>:

        1. Defendant is a citizen of Mexico.

        2. Defendant currently resides in Mexicali, Mexico.

        3. Defendant lacks legal status to enter or remain in the United States as her B1/B2 Visa (Border Crossing Card) has now been revoked.

        4. Defendant lacks lawful employment in the United States.

    D. <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4))</u>:

The government proffered no evidence to suggest that release of the Defendant would pose a danger to any person or the community.

## II

## REASONS FOR DETENTION

A. There is probable cause to believe that the Defendant committed the offense charged in Criminal Complaint No. 18MJ8584 to wit: the importation of 1.20 kilograms (2.64 pounds) of a mixture or substance containing a detectable amount of methamphetamine in violation of Title 21, U.S.C., §§ 952 and 960.

B. Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. He, therefore, has a strong motive to flee.

C. Defendant has substantial ties to Mexico.

D. Defendant has not rebutted the presumption, based upon the Court's findings, that there is probable cause to believe Defendant committed an offense for which a maximum term of imprisonment of 10 years or more as prescribed in the Controlled Substances Act (21 U.S.C. § 801, et seq.), and that no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings, <u>See</u>, 18 U.S.C. § 3142 (e).

## III

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.
IT IS SO ORDERED.

DATED: 8-13-2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

Prepared by:

ADAM L. BRAVERMAN
United States Attorney

Rosario GONZALEZ
Assistant U.S. Attorney

cc: James Johnson
Federal Defenders of San Diego, Inc.